IT IS ORDERED as set forth below:

Date: February 1, 2023

Jeffery W. Cavender
U.S. Bankruptcy Court Judge

Signed as Revised by the Court

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>AZIZ HUSSAIN ISMAIL and<br>SAMINA AZIZ ISMAIL,<br><br>    Debtors. | CHAPTER 7<br><br>CASE NO. 21-55031-JWC |
| ALL BUSINESS CORPORATION,<br>a Georgia Corporation, d/b/a, US Express<br>Money Order and, d/b/a, US Express<br>Finance,<br><br>    Plaintiff,<br><br>v.<br><br>AZIZ HUSSAIN ISMAIL and<br>SAMINA AZIZ ISMAIL,<br><br>    Defendants. | ADVERSARY PROCEEDING<br><br>CASE NO. 21-05123-JWC |

**CONSENT JUDGMENT**

This adversary proceeding is before the Court pursuant to the Amended Complaint to Determine Dischargeability of Debt on December 13, 2021 (Doc. No. 3) (the "Complaint"). All Business Corporation, a Georgia Corporation, d/b/a, US Express Money Order and, d/b/a, US

Express Finance ("Plaintiff") and Defendant Samina Aziz Ismail ("Defendant," and together with Plaintiff, the "Parties") have agreed to entry of a consent judgment in this adversary proceeding.

Based on the consent of the Parties, it is

**ORDERED, ADJUDGED, AND DECREED** that between agreement of the Parties, the Loan Debt described in the Complaint as Loan 207,[1] Loan 357, and Loan 358 is dischargeable and Count Three of the Complaint is **DISMISSED** as to Defendant. It is further

**ORDERED, ADJUDGED, AND DECREED** that the Court determines that Defendant owes Plaintiff a Money Order Debt which, to the extent of $20,691.42, is not dischargeable under Sections 523(a)(4) (Count One) and 523(a)(6) (Count Two) of the Bankruptcy Code. It is therefore further

**ORDERED, ADJUDGED, AND DECREED** that a non-dischargeable judgment is hereby entered in favor of Plaintiff and against Defendant in the amount of $20,691.42, plus post-judgment interest, and is excepted from discharge pursuant to 11 U.S.C. § 523(a)(4) and (a)(6) (the "Judgment"). It is further

**ORDERED, ADJUDGED, AND DECREED** that the Judgment is solely a determination of the extent that Plaintiff's claim against Defendant is nondischargeable, and is without prejudice to any claim that Plaintiff may file against Defendant's estate.

The Judgment shall bear interest at the federal rate, and each party shall bear their own costs. The Clerk is directed to serve a copy of this Order on the attached distribution list.

**END OF ORDER**

---

[1] All capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Complaint.

**Consented to and prepared by:**

**JONES & WALDEN LLC**

<u>/s/ Leslie M. Pineyro</u>
Leslie M. Pineyro
Georgia Bar. No. 969800
Attorneys for Plaintiff
699 Piedmont Ave NE
Atlanta, Georgia 30308
(404) 564-9300
LPineyro@joneswalden.com

**Consented to by:**

**ROUNTREE, LEITMAN, KLEIN & GEER, LLC**

<u>/s/ Will B. Geer (by Leslie M. Pineyro with express permission)</u>
Will B. Geer
Georgia Bar No. 940493
Attorneys for Defendant
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
678-587-8740
wgeer@rlkglaw.com

**Consented to by:**

**SPEARS & FILIPOVITS, LLC**

<u>/s/ G. Brian Spears (by Leslie M. Pineyro with express permission)</u>
G. Brian Spears
Georgia Bar No. 670112
Attorneys for Plaintiff
1126 Ponce de Leon Ave.
Atlanta, GA 30306
(404) 233-9800
BSpears@civil-rights.law

**Distribution List:**

Leslie M. Pineyro, Jones & Walden LLC, 699 Piedmont Ave NE, Atlanta, Georgia 30308

Will Geer, Rountree, Leitman, Klein & Geer, LLC, 2987 Clairmont Road, Suite 350, Atlanta, Georgia 30329

G. Brian Spears, Spears & Filipovits, LLC, 1126 Ponce de Leon Ave., Atlanta, GA 30306

Kyle A. Cooper, Kyle A. Cooper Trustee, 120 Travertine Trail, Alpharetta, GA 30022

Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303

Jason Kim, President, All Business Corporation, 3751 Venture Drive, Suite 205 Duluth, GA 30096

Samina Aziz Ismail, 3038 Savannah Walk Ln NW, Suwanee, GA 30024-3661

Aziz Hussain Ismail, 3038 Savannah Walk Ln NW, Suwanee, GA 30024-3661